UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
TERESA ROSE HALL                              CASE NO. 20-10815
302 JUANITA AVENUE                            JUDGE BENJAMIN A. KAHN
HAMLET, NC  28345

  DEBTOR

SSN(1) XXX-XX-7796                            DATE: 05/24/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BOBBY'S FURNITURE INC<br>218 RALEIGH STREET<br>HAMLET, NC  28345 | $3,033.78<br>INT: 5.25%<br>NAME ID: 64631<br>CLAIM #: 0005 | (S) SECURED<br><br>ACCT:<br>COMMENT: OC,PP,421OR |
| CHARLOTTE RADIOLOGY<br>1701 E BLVD<br>CHARLOTTE, NC  28203 | $0.00<br>INT: .00%<br>NAME ID: 178736<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FARMERS HOME FURNITURE -<br>ROCKINGHAM NC<br>ATTN CORPORATE CREDIT DEPT<br>P O BOX 1140<br>DUBLIN, GA  31040 | $1,034.53<br>INT: 5.25%<br>NAME ID: 173126<br>CLAIM #: 0007 | (S) SECURED<br><br>ACCT: 0186<br>COMMENT: OC,PP |
| FIRST HEALTH OF THE CAROLINAS<br>P O BOX 3000<br>PINEHURST, NC  28374 | $0.00<br>INT: .00%<br>NAME ID: 118394<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 7796<br>COMMENT: |
| LENDMARK FINANCIAL<br>CORPORATE OFFICE<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $0.00<br>INT: .00%<br>NAME ID: 183565<br>CLAIM #: 0008 | (S) SECURED<br>NOT FILED<br>ACCT: 5045<br>COMMENT: OC |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,606.99<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 5050<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 7796<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $2,048.03<br>INT:  .00%<br>NAME ID:  167021<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 9611<br>COMMENT: |
| NOW FINANCIAL LLC<br>1786 E BROAD AVE<br>ROCKINGHAM, NC  28379 | $7,279.41<br>INT:  5.25%<br>NAME ID:  148199<br>CLAIM #:  0006 | (V) VEHICLE-SECURED<br><br>ACCT: 4822<br>COMMENT:  13TOYO,421OR,121A,121A |
| RICHMOND CO REGISTER OF DEEDS<br>114 E FRANKLIN ST #101<br>ROCKINGHAM, NC  28379-3601 | $52.00<br>INT:  .00%<br>NAME ID:  1885<br>CLAIM #:  0020 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RICHMOND COUNTY TAX DEPT<br>P O BOX 504<br>ROCKINGHAM, NC  28380 | $0.00<br>INT:  .00%<br>NAME ID:  146761<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPECTRUM<br>3140 W ARROWOOD RD<br>CHARLOTTE, NC  28273-0001 | $0.00<br>INT:  .00%<br>NAME ID:  170277<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID:  53815<br>CLAIM #:  0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9291<br>COMMENT:  DT RERP,DIR,COD |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,257.16<br>INT:  .00%<br>NAME ID:  53815<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 9202<br>COMMENT:  COD |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID:  53815<br>CLAIM #:  0015 | (S) SECURED<br>SURRENDERED<br>ACCT: 9280<br>COMMENT:  OC,SHARES,REL |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $359.17<br>INT:  .00%<br>NAME ID:  53815<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT: 9280<br>COMMENT:  SPLIT |
| THE BANK OF MISSOURI<br>P O BOX 105555<br>ATLANTA, GA  30348 | $934.12<br>INT:  .00%<br>NAME ID:  171990<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 0949<br>COMMENT:  FORTIVA |
| UNC PHYSICIANS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT:  .00%<br>NAME ID:  183179<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $2,371.25<br>INT:  .00%<br>NAME ID:  176005<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$22,976.44** | |

PAGE 3 - CHAPTER 13 CASE NO. 20-10815

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  05/24/2021                                OFFICE OF THE CHAPTER 13 TRUSTEE

                                                 By:  /s/  Gayle McFarland
                                                      Clerk
                                                      Chapter 13 Office
                                                      500 W FRIENDLY AVE STE 200
                                                      P O BOX 1720
                                                      GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice